LEIB EPSTEIN, Respondent, v. SAMUEL ZARETZKY and ESTHER ZARETZKY, Defendants, Impleaded with JOSEPH GREENBERG, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

INDUSTRIAL & REALTY FINANCIAL CORPORATION, Suing on Behalf of Itself and All Other Holders of Bonds Executed by 23-24 CORPORATION, Plaintiff, v. THE CONTINENTAL BANK & TRUST COMPANY OF NEW YORK, as Successor Trustee under the Trust Indenture and as Successor Depositary and/or Fiscal Agent Thereunder, Defendant, Appellant, and LOUIS F. SCHULTZE, as Receiver of S. W. STRAUS & CO., INCORPORATED, Defendant, Respondent, LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of CONSOLIDATED INDEMNITY AND INSURANCE COMPANY, Impleaded Defendant, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

SAM SHULMAN, Respondent, v. 77TH STREET-WEST END AVENUE CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN RYAN, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY RUBENSTEIN, Appellant.— The information is insufficient in that it fails to allege that the crime charged did not occur at a licensed race track. (*People* v. *Stedeker*, 175 N. Y. 57; *People* v. *Silver*, 251 App. Div. 309.) Judgment unanimously reversed and the information dismissed. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

NATHAN J. LEVINE and ANNA LEVINE, Appellants, v. ORDER OF SONS OF ZION, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THEKLA REARDON, Respondent, v. WILLIAM PIERRE STYMUS, JR., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

INTERNATIONAL TRUSTEE FOR THE PROTECTION OF BONDHOLDERS, Appellant, Respondent, v. NELSON D. JAY, Respondent, Appellant, Impleaded with Others, Defendants.— Judgment and order unanimously affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Untermyer, J., taking no part.